UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TERRY ALEXANDER; VICKIE ANDREASON; :
ALICE BAKER; GLYNTHIA BATISTE; :
ELISABETH MCCARTIN; ELEANOR PETHO; :
JUDITH RANNEY; JACQUELINE SASSO; :
MYRA TART; STACY TROWBRIDGE, :
                                                                        :
            Plaintiffs                           :         Civil Action
v.                                                        :         No. 04-11082-GAO
                                                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                                                                        :
            Defendants                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004
       Boston, Massachusetts

Respectfully submitted,


/s/Matthew J. Matule          
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800


Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.